UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | C07-1889<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Harry O'Brien,<br><br>                              Plaintiff(s),<br><br>          vs.<br><br>Pfizer Inc, et al.<br>                              Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff(s), **Harry O'Brien**, individually and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

DATED:  Jan. 6, 2010         By: _____

Hissey Kientz, L.L.P.
Eric Walker, Esq.
David L. Friend, Esq.
9442 Capital of Texas Hwy N., Suite 400
Austin, TX 78759
Telephone:  (512) 320-9100
Facsimile:  (512) 320-9101
Attorneys for Plaintiff(s)

DATED:  Jan. 6, 2010         By: _____

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 335-4500
Facsimile:  (212) 335-4501
*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: JAN 1 9 2010         _____
Hon. Charles R. Breyer
United States District Court

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**